# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No. 14-102-E-BLW |
| v. | ) ) ) | **REPORT AND RECOMMENDATION** |
| RONALDO MACIAS, | ) ) ) | |
| Defendant. | ) ) | |

On December 10, 2014, Defendant appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. Defendant executed a written waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to Defendant the nature of the charges, the maximum penalties applicable, his constitutional rights, the effect of the Sentencing Guidelines, and that the District Judge would not be bound by any agreement of the parties as to the penalty to be imposed. Further, the undersigned ordered a pre-sentence report.

Having conducted the change of plea hearing and having inquired of Defendant and his counsel, and counsel for the United States, the Court concludes that there is a factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned

also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

The offense to which Defendant entered his guilty plea is an offense described in subsection (a)(1) of Section 3143 in Title 18 of the United States Code, subjecting Defendant to mandatory detention upon a finding of guilt. The undersigned determined that none of the exceptions listed in 18 U.S.C. § 3143(a)(2) is satisfied. Therefore, upon the District Judge's acceptance of this Report and Recommendation, Defendant shall surrender for detention pending sentencing to the custody of the U.S. Marshal at the United States Courthouse in Pocatello, Idaho, no later than 10 a.m. on December 31, 2014. Defendant and his counsel were advised of the right to seek review under 18 U.S.C. § 3145.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1. The District Court accept Defendant's plea of guilty to Count Two of the Indictment (Docket No. 1).

2. The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Counts One, Three, Four and Five of the Indictment (Docket No. 1) as to Defendant.

3. The District Court order forfeiture consistent with Defendant's admission to the Criminal Forfeiture allegation in the Indictment (Docket No. 1) and detailed at pages 4-7 of the Plea Agreement (Docket No. 24).

4. Upon the District Judge's acceptance of this Report and Recommendation, Defendant shall surrender for detention to the custody of the U.S. Marshal

at the United States Courthouse in Pocatello, Idaho, no later than 10 a.m. on December 31, 2014. Defendant and his counsel were advised of the right to seek review under 18 U.S.C. § 3145.

5.  Until Defendant surrenders, he is subject to the previously ordered conditions set forth in the Order Setting Conditions of Release (Docket No. 14).

Written objections to this Report and Recommendation must be filed within fourteen days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: **December 10, 2014**

Honorable Ronald E. Bush
U. S. Magistrate Judge