# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

ROLANDO MACIAS,

       Defendant.

Case No. 1:14-cr-00102-BLW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is a Report and Recommendation filed by the United States Magistrate Judge. (Dkt. 28). On December 10, 2014, Defendant Rolando Macias appeared before the Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's plea of guilty to the charges contained in Count Two of the Indictment (Dkt. 1), and that it was entered voluntarily and with full knowledge of the consequences. No objections to the Report and Recommendation have been filed.

The Court now has reviewed the record, and finds that the requirements of Rule 11 have been met. *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003). Specifically, the Court finds that the Magistrate Judge adhered to the requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists. *See id.* Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and

Recommendation (Dkt. 28) shall be, and the same is hereby, ADOPTED as the decision

of the District Court and incorporated herein by reference, *with the following exception*:

> The Court does not adopt paragraph 4 of the Recommendation, which
> calls for the defendant to surrender for detention to the custody of the
> U.S. Marshal no later than 10:00 a.m. on December 31, 2014. The
> reasons for this ruling are explained in this Court's concurrent Order
> granting defendant's Motion for Release Pending Sentencing.

The Court adopts the Report and Recommendation in all other respects.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to the crimes

charged in Count Two of the Indictment (Dkt. 1), shall be, and the same is hereby,

ACCEPTED by the Court as a knowing and voluntary plea supported by an independent

basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Rolando Macias is found to be

GUILTY as to the applicable crimes charged in Count Two of the Indictment (Dkt. 1).

DATED: December 30, 2014

Chief U.S. District Court Judge